IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-350** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JAMES DIXON** | : | |

### ORDER

AND NOW, this 23rd day of November, 2015, upon consideration of the motion (Doc. 70) to vacate, set aside, or correct sentence imposed by this court on August 28, 2013, filed *pro se* by petitioner James Dixon ("Dixon") pursuant to 28 U.S.C. § 2255, and it appearing that a motion pursuant 28 U.S.C. § 2255 must be submitted on the standard form supplied by the Clerk of Court unless prepared by counsel, see LOCAL RULE OF COURT 83.32.1; R. GOVERNING § 2255 CASES R. 2(c), and the court noting that Dixon did not file his *pro se* motion on the standard form, and that the instant motion does not "substantially follow" the standard form, see R. GOVERNING § 2255 CASES R. 2(c), it is hereby ORDERED that:

1. Dixon's motion (Doc. 70) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DISMISSED without prejudice.

2. The Clerk of Court is directed to mail to Dixon a copy of the standard form for 28 U.S.C. § 2255 motions together with this order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania