**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-350** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **JAMES DIXON** | : | |

<u>**ORDER**</u>

AND NOW, this 23rd day of February, 2016, upon consideration of the motion

(Doc. 73) to vacate, set aside, or correct the sentence imposed by this court on

August 8, 2013, filed by defendant James Dixon ("Dixon") pursuant to 28 U.S.C.

§ 2255, and of the court's order (Doc. 75) dated January 15, 2016, directing

Dixon to complete the Notice of Election form attached thereto, and it appearing

that Dixon completed the form (Doc. 76) and elected to have his motion construed

and ruled upon under 28 U.S.C. § 2255, and the court having concluded that the

motion was timely filed within the prescribed one-year limitations period, (Doc. 75

(quoting 28 U.S.C. § 2255(f))), it is hereby ORDERED that:

1. The Clerk of Court is directed to serve a copy of the motion (Doc. 73) and the brief (Doc. 74) in support on the United States Attorney.

2. The United States Attorney shall file an answer to the motion on or before **March 11, 2016**.  See RULES GOVERNING § 2255 CASES R. 4, 5.

3. Dixon shall be permitted to file a reply to the government's answer on or before **March 28, 2016**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania